1
2
3
4
5
6
7     **IN THE UNITED STATES BANKRUPTCY COURT**
8     **FOR THE DISTRICT OF ARIZONA (PHOENIX)**

9   | Michael Vallio, | Chapter 7 |
10  | | Case No. 2:19-bk-12179-PS |
    | Debtor. | |
11  | _____ | **ORDER** |
12  | Ditech Financial LLC, | |
13  | | (Related to Docket # 8) |
    | Movant, | |
14  | | Re: Real Property Located at |
15  | v. | 10318 W Superior Ave |
    | | Tolleson, AZ 85353 |
16  | Michael Vallio, Debtor; and Eric M. Haley, | |
17  | Trustee, | |
18  | Respondents. | |
19  | _____ | |
20
21       Movant's Motion for Relief from the Automatic Stay and Notice along with the form of

22  proposed Order Lifting Stay, having been duly served upon Respondent, Respondent's counsel

23  and Trustee, if any, and no objection having been received, and good cause appearing therefore,

        **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic
24
    stays imposed by U.S. Bankruptcy Code § 362(a) are hereby vacated with respect to that certain
25
    real property located in Maricopa County, at 10318 W Superior Ave, Tolleson, AZ 85353,
26
    which is the subject of a Deed of Trust dated 07/06/2005, and recorded in the Office of the
27
    Maricopa County Recorder's Office on 07/13/2005, as Document No. 20050964402, wherein
28

1

Ditech Financial LLC, its successors/assigns, is the current beneficiary, and the Debtor and the Estate may have an interest in, further described as:

**LOT 76, COUNTRY PLACE PARCELS 2 3, ACCORDING TO BOOK 531 OF MAPS, PAGE 14, RECORDS OF MARICOPA COUNTY, ARIZONA**

**IT IS FURTHER ORDERED** that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert. All communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to the Debtors, however any such agreement shall be non-recourse.

**IT IS FURTHER ORDERED** that this Order granting the motion for relief from the automatic stay made in accordance with FRBP 4001(a)(1) takes effect immediately and the 14-day stay requirement imposed by FRBP 4001(a)(3) is waived.

**DATED AND SIGNED ABOVE.**